# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| JARED LEE ALBRIGHT, | ) | CASE NO. 1: 20 CV 1729 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISIONER OF | ) | |
| SOCIAL SECRUITY, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Magistrate Judge Thomas M. Parker's Report and Recommendation on Plaintiff's request for judicial review over the Commissioner of Social Security's denial of his supplemental security income (SSI) application under Title XVI of the Social Security Act. (ECF #16). Pursuant to this referral, Magistrate Parker issued a report and recommendation recommending that the Court deny Plaintiff's request for judicial review and affirm the Commissioner's final decision. (ECF #16). Upon careful review of the Report and Recommendation, the Court finds that the Magistrate's Order is well-supported and in accord with the applicable law.

In this case, neither party filed any objections to the Report and Recommendation, nonetheless, the Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999).  The findings and conclusions contained in Magistrate Parker's Report and Recommendation are thorough and well-supported, and are, hereby, ADOPTED for purposes of affirming the Commissioner's decision.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED:  _____11/4/2021_____